**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :    No. 774 MAL 2018

                 : 

         Respondent         :

                 :    Petition for Allowance of Appeal from

                 :    the Order of the Superior Court

         v.               :

                 :

                 :

HORATIO OMAR ROBERSON,       :

                 :

         Petitioner          :


## ORDER


**PER CURIAM**

      **AND NOW**, this 1st day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.